IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVELYN NIEVES DIAZ | : | CIVIL ACTION |
| | : | |
| v. | : | No. 18-5075 |
| | : | |
| ANDREW SAUL,[1] | : | |
| COMMISSIONER OF SOCIAL | : | |
| SECURITY | : | |

**ORDER**

AND NOW, this 12th day of June, 2020, upon consideration of Plaintiff Evelyn Nieves Diaz's Motion for Attorney Fees, and the parties' briefing on the Motion, it is ORDERED the Motion (Document 31) is DENIED.

BY THE COURT:


 /s/  Juan R. Sánchez
Juan R. Sánchez, C.J.

---

[1] Andrew Saul became the Commissioner of Social Security on June 17, 2019. Pursuant to Federal Rule of Civil Procedure 25(d), Saul is substituted for Nancy A. Berryhill as the Defendant in this case.